| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HEYBURN II, JOHN G. | 2. Court or Organization U.S.D.C.KENTUCKY WESTERN | 3. Date of Report 03/28/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 239 U.S. Courthouse Louisville, KY 40202 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2011 APR -4 A 10: 12 FINANCIAL DISCLOSURE OFFICE

Heyburn II, John G.

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/15/10 | Norton Healthcare, Inc. - Director's Fee |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. National Conference on Class Actions (Am. Bar Assoc.) | October 13-14, 2010 | Chicago, IL | Symposium Speaker | Transportation, Room and Meals |
| 2. Ontario Bar Assoc. | Nov. 30-Dec. 1, 2010 | Toronto, Canada | Symposium Speaker | Transportation, Room and Meals |
| 3. Am. Conf. Inst. | December 7-9, 2010 | New York, NY | Symposium Speaker | Transportation, Room and Meals |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Visa | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. I.S. Trust See note #1 | D | Dividend | | | | | | | |
| 2. F.F.S. Trust See note #1 | C | Dividend | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | L | T | | | | | |
| 5. Berkshire Hathaway-B | | | L | T | | | | | |
| 6. Chevron | | | K | T | | | | | |
| 7. Exxon Mobil | | | L | T | | | | | |
| 8. Growth Fd. Of America | | | M | T | | | | | |
| 9. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 10. New World Fd. | | | L | T | Buy | 6/25 | L | | |
| 11. Capital Income Bldr. Fd. | | | L | T | Buy | 6/25 | L | | |
| 12. Hilliard Lyons Growth Fd | | | | | Sold | 6/25 | M | D | |
| 13. Bond Fd of America | | | L | T | | | | | |
| 14. OTHER INVESTMENTS | | | | | | | | | |
| 15. Amazon | A | Dividend | J | T | Buy | 9/20 | J | | |
| 16. American Tower Corp | A | Dividend | J | T | | | | | |
| 17. Apple Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 19. Bristol Myers Squibb | C | Dividend | L | T | Sold (part) | 6/25/ | J | C | |
| 20. Brown Forman Inc. | A | Dividend | L | T | | | | | |
| 21. Chevron Corp. | B | Dividend | M | T | | | | | |
| 22. Clorox Co. | A | Dividend | L | T | | | | | |
| 23. Colgate Palmolive | A | Dividend | L | T | | | | | |
| 24. Costco | A | Dividend | K | T | Buy | 9/20/ | J | | |
| 25. Disney Co. | A | Dividend | K | T | | | | | |
| 26. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 27. Exxon Mobil | B | Dividend | M | T | Sold (part) | 6/25/ | L | F | |
| 28. General Electric Co. | B | Dividend | L | T | Sold (part) | 12/7/ | K | B | |
| 29. GlaxcoSmithKline PLC * ▨ | A | Dividend | K | T | | | | | |
| 30. Goldman Sachs | A | Dividend | J | T | | | | | |
| 31. Growth Fd. Of America | A | Dividend | L | T | | | | | |
| 32. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 33. Home Depot Inc. | A | Dividend | K | T | Sold (part) | 4/21 | K | C | |
| 34. Johnson and Johnson | A | Dividend | M | T | Sold (part) | 11/30 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kimberly-Clark Corp | A | Dividend | | | Sold | 11/30 | K | D | |
| 36. Medtronic Inc. | A | Dividend | | · | Sold | 6/24/ | J | C | |
| 37. Merck and Co. | A | Dividend | K | T | Sold (part) | 12/7/ | J | C | |
| 38. Microsoft | A | Dividend | M | T | Sold (part) | 6/24/ | K | C | |
| 39. Moodys | A | Dividend | | | Sold | 6/24/ | K | D | |
| 40. Pepsico | A | Dividend | J | T | | | | | |
| 41. Powershares Global Exch. | A | Dividend | | | Sold | 9/28/ | K | | |
| 42. Proctor & Gambill | B | Dividend | L | T | Sold (part) | 11/30 | K | D | |
| 43. Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 44. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 45. Walgreen Company | A | Dividend | K | T | Sold (part) | 3/15/ | J | C | |
| 46. TRUST - (HRH Tr.) | D | Dividend | M | T | | | | | |
| 47. Baird Bond Fund | | | | | | | | | |
| 48. Blackrock Fd. | | | | | | | | | |
| 49. Gen.Elect. | | | | | | | | | |
| 50. Ishares Tr. | | | | | | | | | |
| 51. JP Morgan Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST (MPS Non-exempt Tr.) - Armanda Money Mkt.Fd. | D | Dividend | M | T | | | | | |
| 53. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 54. BP PLC ADR | | | | | Sold | 5/13/ | | | |
| 55. Coca Cola Co | | | | | | | | | |
| 56. General Electric | | | | | Sold | 6/24/ | | | |
| 57. GlaxoSmithKline PLC | | | | | | | | | |
| 58. Honeywell Intl. | | | | | | | | | |
| 59. Johnson & Johnson | | | | | | | | | |
| 60. McGraw-Hill Co. | | | | | | | | | |
| 61. Nokia Corp. | | | | | Sold | 6/24/ | | | |
| 62. Proctor & Gamble | | | | | Sold | 6/24/ | | | |
| 63. Schlumberger Ltd. | | | | | | | | | |
| 64. Texas Instruments | | | | | Sold | 6/24/ | | | |
| 65. ING ReliaStar Ins.Co. Universal Life Policy | | | N | V | | | | | |
| 66. MONY Whole Life | | | K | V | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 - The I.S. Trust and the F.F.S. Trust are trusts under which I am not a direct income or principal beneficiary. I am not a trustee and have no control over the investments. I receive income by assignment ████████████. I do not read or review any records of investments and have little knowledge of them. Consequently, I do not believe that the individual investments within the trust create a conflict or are necessary to be reported.

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 03/28/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544